UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
REF SATURN CO. LTD.,

                Plaintiff,

-against-

DGM COMMODITIES, CORP.,

                Defendant.
-------------------------------------------------------X

07 CV 11489 (HB)
ECF CASE

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

NOW comes plaintiff REF SATURN CO. LTD., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

REF SATURN CO. LTD. is not a publicly traded company.

Dated: New York, New York
       December 21, 2007
       310-02

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                                By: _____
                                              Martin F. Casey (MFC-1415)
                                              317 Madison Avenue, 21st Floor
                                              New York, New York 10017
                                              212-286-0225