UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
REF SATURN CO. LTD.,

                Plaintiff,      :    Case No. 07 CV 11489 (HB)

      - against -

                                **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP,

                Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                          } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:46 a.m., on January 7, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Mr. Russum Abidally, who is a Assistant Vice President for Legal Service Intake Unit for Citibank, N.A., at the following address:

      Citibank, N.A
      1 Court Square-7th FL Zone 5
      Long Island City, NY 11120

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Abidally, who said he was authorize to accept Service on behalf of Citibank, N.A., regarding Mortransflot, Inc., Mr. Abidally, is a male of Indian descent, he has brown eyes and black hair. He is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mr. Abidally, is approximately 48 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
8ᵗʰ day of January, 2008

_____
NOTARY PUBLIC

                                CHRISTOPHER M. SCHIERLOH
                                Notary Public, State of New York
                                No. 02SC6152972
                                Qualified in Nassau County
                                Commission Expires Sept. 25, 20 10