UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
REF SATURN CO. LTD.,

               Plaintiff,        Case No. 07 CV 11489 (HB)

       - against -               **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP,

               Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:15 p.m., on January 4, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Norma J. Clark, who is a Secretary for Deusche Bank., at the following address:

      Deutsche Bank
      60 Wall Street
      New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Clark, who said she was authorize to accept Service on behalf of Deutsche Bank., regarding Mortransflot, Inc., Ms. Clark, is a white female, she has brown eyes and brown hair. She is approximately 5 feet 8 inches tall and approximately weighs 130 pounds. Ms. Clark, is approximately 43 years of age.

                                    _____
                                    IDRIS MAHMOUD
                                    LIC# 1151131

Sworn to before me this
____ day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__