UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

REF SATURN CO. LTD.,

              Plaintiff,        Case No. 07 CV 11489 (HB)

    - against -

                       **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP.,

              Defendant.
- - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK  }
                             ss.:
COUNTY OF NEW YORK }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 1:50 p.m., on January 4, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Cakol Sackey, of the Mail room for Standard Chartered Bank., at the following address:

        Standard Chartered Bank
        One Madison Avenue
        New York, NY

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Sackey, who said she was authorize to accept Service on behalf of Standard Chartered Bank., regarding Mortransflot, Inc., Ms. Sackey, is a Black female, she has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. Sackey, is approximately 48 years of age.

                                                  _____
                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
8th day of January, 2008

_____
    NOTARY PUBLIC

                               CHRISTOPHER M. SCHIERLOH
                               Notary Public, State of New York
                                   No. 02SC6152972
                               Qualified in Nassau County
                           Commission Expires Sept. 25, 20 10