UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
REF SATURN CO. LTD.,

    Plaintiff,   Case No. 07 CV 11489 (HB)

 - against -

           **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP.,

    Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.:

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:00 p.m.,on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Mr. Ever Garcia, who is Branch Manager for Wachovia Bank., at the following address:

  Wachovia Bank
  360 Madison Avenue
  New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Garcia, who said he was authorize to accept Service on behalf of Wachovia Bank., regarding Mortransflot, Inc., Mr. Garcia, is a Black male, he has brown eyes and black hair. He is approximately 6 feet 1 inches tall and approximately weighs 180 pounds. Mr. Garcia, is approximately 35 years of age.

           _____
           IDRIS MAHMOUD
           LIC# 1151131

Sworn to before me this
8th day of January, 2008

_____
NOTARY PUBLIC

    CHRISTOPHER M. SCHIERLOH
    Notary Public, State of New York
    No. 02SC6152972
    Qualified in Nassau County
    Commission Expires Sept. 25, 20 10