UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
MORTRANSFLOT, INC.,

                Plaintiff,         Case No. 07 CV 11488 (BSJ)

      - against -

                                    **AFFIDAVIT OF SERVICE**

ASTRA GROUP, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                              ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 12:05 p.m., on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Sherly A. Grullon, who is a Customer Experience Assistance for HSBC., at the following address:

      HSBC Bank
      415 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Grullon, who said she was authorize to accept Service on behalf of HSBC Bank., regarding Mortransflot, Inc., Ms. Grullon, is a female of Spanish descent, she has brown eyes and reddish hair. She is approximately 5 feet 6 inches tall and approximately weighs 180 pounds. Ms. Grullon, is approximately 28 years of age.

                                                          IDRIS MAHMOUD
                                                          LIC# 1151131

Sworn to before me this
8th day of January, 2008

NOTARY PUBLIC

                                      CHRISTOPHER M. SCHIERLOH
                                      Notary Public, State of New York
                                      No. 02SC6152972
                                      Qualified in Nassau County
                                Commission Expires Sept. 25, 2010