UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
REF SATURN CO. LTD.,

      Plaintiff,   Case No. 07 CV 11489 (HB)

   - against -

            **AFFIDAVIT OF SERVICE**

DGM COMMODITIES, CORP.,

      Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
          } ss.:
COUNTY OF NEW YORK }

   IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:45 p.m.,on January 3, 2008, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Mortranflot, Inc., upon a Ms. Martha Fletcher, who is a Paralegal for Zeicher, Ellman & Krause LLP., at the following address:

   Zeicher, Ellman & Krause LLP
   c/o Bank of America & American Express Bank
   New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Flectcher, who said she was authorize to accept Service on behalf of Bank of America & American Express Bank., regarding Mortransflot, Inc., Ms. Flectcher, is a white female, he has brown eyes and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Flectcher, is approximately 30 years of age.

                _____
                IDRIS MAHMOUD
                LIC# 1151131

Sworn to before me this
_8th_ day of January, 2008

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20_10_