# CASEY & BARNETT, LLC
## ATTORNEYS AT LAW

317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER L. DEININGER*

CHRISTOPHER M. SCHIERLOH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

February 25, 2008

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

Re: REF Saturn v. DGM Commodities
07 Civ. 11489
Our ref: 310-02

Dear Honorable Judge:

We represent the plaintiff in the referenced matter and are writing to request an adjournment of the initial conference scheduled for Thursday, February 28th at 4:15. This request is made with the consent of defendant's representative, Robert Frederick.

The matter before Your Honor involves a maritime attachment obtained by plaintiff to secure demurrage payments owed by the defendant. Said payments were owed pursuant to the terms of a voyage charter party entered into by the parties, whereby, the defendant chartered plaintiff's vessel, the M/V Ref Vega, to transport frozen food from New Orleans to St. Petersburg, Russia.

Through the course of discussions between plaintiff's counsel and Mr. Robert Frederick, the defendant has remitted payments to satisfy the demurrage owed. Presently, the subject vessel (M/V Ref Vega) is discharging its cargo in Russia, and it is expected that discharge will be completed during the first week of March. If, at that time, there are no additional payments owed to plaintiff, plaintiff intends to voluntarily dismiss the action.

In light of the foregoing, we respectfully request an adjournment of the initial conference to a date in mid to late March that is convenient to the Court. The parties hope to have this matter resolved amicably within the next three weeks. This is the first request made of the court for an adjournment.

We thank the Court for its consideration of this request.

Respectfully,
CASEY & BARNETT, LLC

Christopher Schierloh
cms@caseybarnett.com

*I will adjourn to 3/2 @ our last conference day in March — either have day of discontinuance on my desk by noon of that day or be here for a PTC @ 3 PM*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 2/26/08

Endorsement:

    I will adjourn to 3/20 our last conference day in March - either have a stip of discontinuance on my desk by noon of that day or be here for a PTC at 3 PM.