Christopher M. Schierloh, Esq.
CASEY & BARNETT, LLC
317 Madison Avenue, 21st floor
New York, New York 10017
(212) 286-0225

MAR 20 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REF SATURN CO., LTD.,

      Plaintiff,

 - against -

DGM COMMODITIES, CORP.,

      Defendant.
------------------------------------------------------------X

07 Civ. 11489 (HB)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs against defendants, no other party having answered or otherwise appeared in the action.

Dated: New York, New York
       March 20, 2008

CASEY & BARNETT, LLC

By: _____
Christopher M. Schierloh (CS-6644)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

SO ORDERED:
_____ 3/24/08
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```